# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1886

_____

MARCIA ELDER,

Appellant,

v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,

Appellee.

_____

On appeal from the Department of Agriculture and Consumer Services.
Michael A. Joyner, Assistant Commissioner.

January 30, 2019

PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob D. Varn of Manson Bolves Donaldson Varn, P.A., Tallahassee, for Appellant.

Blair N. Bodenmiller, State of Florida, Department of Agriculture and Consumer Services, Tallahassee, for Appellee.